

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINSTON KEMPER,<br><br>  Plaintiff,<br><br> v.<br><br> DR. PIE, et al.,<br><br>  Defendants. | Case No. C 13-5508 PSG (PR)<br><br>**ORDER OF TRANSFER** |

On November 27, 2013, plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against officials at California Medical Facility. California Medical Facility is located in Vacaville, California, which lies in Solano County. Because Solano County lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one.[1]  Accordingly, this case is TRANSFERRED to the Eastern District of California.[2]  The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

IT IS SO ORDERED.

DATED: 1.28.14

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* 28 U.S.C. § 1391(b).

[2] *See* 28 U.S.C. § 1406(a).

Case No. C 13-5508 PSG (PR)
ORDER OF TRANSFER