UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINSTON KEMPER, | No. 2:14-cv-0305 KJN P |
| Plaintiff, | |
| v. | ORDER |
| DR. PIE, et al., | |
| Defendants. | |

Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed June 17, 2014, plaintiff was ordered to show cause, within twenty-one days, why this action should not be dismissed based on plaintiff's failure to pay the $400.00 filing fee. The twenty-one day period has now expired, and plaintiff has not shown cause or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: July 23, 2014

/kemp0305.fsc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1