UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINSTON KEMPER, | No. 2:14-cv-0305 KJN P |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| DR. CROSSON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se, with civil rights claims against defendants Dr. Pie and Dr. Crosson. On February 24, 2014, plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By an order filed June 9, 2015, this court ordered plaintiff to complete and return to the court, within sixty days, the USM-285 forms necessary to effect service on defendant Pie. Sixty days have since passed, and plaintiff has not responded in any way to the court's order.

Accordingly, IT IS HEREBY ORDERED that plaintiff show cause, within fourteen days, why defendant Dr. Pie should not be dismissed from this action without prejudice. See Fed. R. Civ. P. 41(b).

Dated: August 20, 2015

kemp0305.fusm

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1