1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WINSTON KEMPER,                           No.  2:14-cv-0305 TLN KJN P

12              Plaintiff,

13        v.                                   ORDER

14   DR. CROSSON, et al.,

15              Defendants.

16

17        On April 29, 2016, defendant Pai filed a motion to dismiss pursuant to Federal Rule of

18   Civil Procedure 12.  Plaintiff has not opposed the motion.

19        Local Rule 230(l) provides in part:  "Failure of the responding party to file written

20   opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

21   the granting of the motion . . . ."  Id.  On March 4, 2015, plaintiff was advised of the requirements

22   for filing an opposition to a motion and that failure to oppose such a motion may be deemed a

23   waiver of opposition to the motion.

24        Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for

25   imposition of any and all sanctions authorized by statute or Rule or within the inherent power of

26   the Court."  Id.  In the order filed March 4, 2015, plaintiff was also advised that failure to comply

27   with the Local Rules may result in a recommendation that the action be dismissed.

28   ////

                                      1

1    Finally, Rule 41(b) of the Federal Rules of Civil Procedure provides:

2    **Involuntary Dismissal; Effect**.  If the plaintiff fails to prosecute or
     to comply with these rules or a court order, a defendant may move
3    to dismiss the action or any claim against it.  Unless the dismissal
     order states otherwise, a dismissal under this subdivision (b) and
4    any dismissal not under this rule--except one for lack of
     jurisdiction, improper venue, or failure to join a party under Rule
5    19--operates as an adjudication on the merits.

6    Id.

7    Good cause appearing, IT IS HEREBY ORDERED that, within fourteen days from the

8    date of this order, plaintiff shall file an opposition, if any, to the motion to dismiss.  Failure to file

9    an opposition will be deemed as consent to have the:  (a) plaintiff's claims against Dr. Pai

10   dismissed for lack of prosecution; and (b) the action dismissed based on plaintiff's failure to

11   comply with these rules and a court order.  Such failure shall result in a recommendation that this

12   action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

13   Dated:  June 10, 2016

14
15                                          KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE
16
17
     /kemp0305.nop
18

2